UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/  *This document relates to:*  Pearl D. Richter and Wendelin Richter, wife and husband; 06-6074 CRB _____/ | No. MDL 05-01699 CRB  **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY PEARL D. RICHTER AND WENDELIN RICHTER** |

Plaintiffs Pearl D. Richter and Wendelin Richter, and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only Pearl D. Richter and Wendelin Richter be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiffs or their lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: July 27, 2007                              **PHILLIPS & ASSOCIATES**

                                               By s/Lowell W. Finson[1]
                                                  Lowell W. Finson
                                                  3030 North Third Street, Suite 1100
                                                  Phoenix, Arizona 85012
                                                  (602)258-8900 (Telephone)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

|   |   |
|---|---|
| 1 | (602)288-1632 (Facsimile) |
| 2 | E-mail: lowellf@phillipslaw.ws |
|   | AZ Bar ID 010872 |

**Attorneys for Plaintiffs Pearl D. Richter and Wendelin Richter**

**GORDON & REES, LLP**

By s/Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: August 2, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

- 2 -