|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/ <br><br>*This document relates to:* <br><br>James Henry Wilder and Maryann Mildred Wilder, husband and wife; 06-6074 CRB _____/ | No. MDL 05-01699 CRB <br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY JAMES HENRY WILDER AND MARYANN MILDRED WILDER** |
|---|---|

Plaintiffs James Henry Wilder and Maryann Mildred Wilder, and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only James Henry Wilder and Maryann Mildred Wilder be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or his lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: September 14, 2007            **PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

**Attorneys for Plaintiffs James Henry Wilder and Maryann Mildred Wilder**

Dated: September 11, 2007           **GORDON & REES, LLP**

By s/Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: September 18, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Charles R. Breyer

- 2 -

<div style="text-align:center"></div>

|   |   |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I am employed in the County of Maricopa, State of Arizona. I am over the age of eighteen |
| 3 | (18) years and am not a party to the within action. |
| 4 | On September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using |
| 5 | the CM/ECF system, which sent notice to all counsel of record appearing on the docket sheet. |
| 6 | I am employed in the office of a member of the bar of this Court in this action at whose |
| 7 | direction the filing and service was made. |
| 8 | DATED: September 13, 2007                    s/Ron Foltz |
|   |                                                                                    Ron Foltz |