UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ /  *This document relates to:*  Stanley Prazor, an individual 06-6074 CRB _____ / | No. MDL 05-01699 CRB  STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> STANLEY PRAZOR |

Plaintiff Stanley Prazor and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Stanley Prazor be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or his lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: September 22, 2007                **PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

**Attorneys for Plaintiff Stanley Prazor**

Dated: September __, 2007

**GORDON & REES, LLP**

By _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: October 3, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA