UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ / This document relates to: Richard Charles Johnson; 06-6074 CRB _____ / | No. MDL 05-01699 CRB **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> RICHARD CHARLES JOHNSON** |

Plaintiff Richard Charles Johnson and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Richard Charles Johnson be dismissed with each side bearing its own attorneys' fees and costs.

Should plaintiffs or their lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: October 22, 2007      **PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]

_____

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | Dated: October 14, 2007 |
| 8 |  |

Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

**Attorneys for Plaintiff Richard Charles Johnson**

Dated: October 14, 2007

GORDON & REES, LLP

By _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: _____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

– 2 –