Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
John D. McKay

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>Case No. 3:06-cv-06074-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *This document relates to:*<br><br>*Abbott, et al. v. Pfizer, Inc., et al.,*<br><br>No. 06-6074-CRB | |

Come now the Plaintiff JOHN D. MCKAY AND LYNETTE M. MCKAY, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

1  DATED: _____, 2009        PHILLIPS & ASSOCIATES

   By: _____
       Lowell W. Finson
       Attorney for Plaintiff Lottie E. Adams

   DATED: 9/21 2009             GORDON & REES

   By: _____
       Stuart M. Gordon
       Attorney for Defendants

   PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION,

   IT IS SO ORDERED.

   Dated:  9/30/09

   Hon. Charles
   United States

   *IT IS SO ORDERED*
   Judge Charles R. Breyer

- 2 -