Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road. Suite 2600
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax:  (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Connie Sagen

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>Case No. 3:06-cv-06074-CRB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Abbott, et al. v. Pfizer, Inc., et al.,*<br><br>No. 06-6074-CRB | |

Come now the Plaintiff CONNIE SAGEN, individually and as representative of the estate of ROBERT I. SAGEN, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

DATED: _____, 2009        PHILLIPS & ASSOCIATES

By: _____
    Lowell W. Finson
    Attorney for Plaintiff Lottie E. Adams

DATED: 9/21, 2009           GORDON & REES

By: _____
    Stuart M. Gordon
    Attorney for Defendants

**PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09

Hon. _____
United _____

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -