1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:   (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Hester Farmer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
| | Case No. 3:06-cv-06074-CRB |
| | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *This document relates to:* | |
| *Abbott, et al. v. Pfizer, Inc., et al.,* | |
| No. 06-6074-CRB | |

Come now the Plaintiff, HESTER FARMER, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

| | | |
|---|---|---|
| DATED: ____, 2009 | PHILLIPS & ASSOCIATES | |

By: _____
   Lowell W. Finson
   Attorney for Plaintiff Lottie E. Adams

DATED: 9/21, 2009    GORDON & REES

By: _____
   Stuart M. Gordon
   Attorney for Defendants

**PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA