Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Hester Farmer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>Case No. 3:06-cv-06074-CRB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Abbott, et al. v. Pfizer, Inc., et al.,*<br><br>No. 06-6074-CRB | |

Come now the Plaintiff, HESTER FARMER, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

DATED: _____, 2009        PHILLIPS & ASSOCIATES

By: _____
  Lowell W. Finson
  Attorney for Plaintiff Lottie E. Adams

DATED: 9/21, 2009        GORDON & REES

By: _____
  Stuart M. Gordon
  Attorney for Defendants

**PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -