Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
John M. Drake

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ / *This document relates to:* *Abbott, et al. v. Pfizer, Inc., et al.,* No. 06-6074-CRB | No. MDL 05-01699 CRB Case No. 3:06-cv-06074-CRB STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff JOHN M. DRAKE and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

| | | |
|---|---|---|
| 1 | DATED: _____, 2009 | PHILLIPS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Lowell W. Finson |
| 5 | | Attorney for Plaintiff Lottie E. Adams |
| 6 | DATED: 9/21, 2009 | GORDON & REES |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Stuart M. Gordon |
| | | Attorney for Defendants |

PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION,

IT IS SO ORDERED.

Dated: 9/30/09

IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court
Northern District of California

- 2 -