1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:   (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Phillip L. Berger
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB  STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|
| *This document relates to:*  *Mary Kay Abbott, et al. v. Pfizer Inc., et al.*  No. 3:06-cv-06074-CRB | |

19   Come now the Plaintiff PHILLIP L. BERGER and ANNE BERGER, and Defendants, by

20  and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41

21  (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing

22  its own attorneys' fees and costs.

24       DATED: 10/21, 2009        PHILLIPS & ASSOCIATES

25                                  By: _____
                                         Lowell W. Finson, Esq.
26                                       Qwest Building, 26th Floor
                                         20 East Thomas, Road, Suite 2600
27                                       Phoenix, Arizona 85012

28                                  Attorney for Plaintiff

-1-

DATED: VM, 2010    GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonress.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: FEB 2 6 2010

Hon. Charles R. Breyer
United States District Judge

- 2 -