1 | Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
2 | PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
3 | 20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
4 | Tel:    (602) 258-8900
Fax:    (602) 288-1671
5 | lowellf@phillipslaw.ws

6 | Attorneys for Plaintiff
Sylvia M. Cerna
7 |

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **SAN FRANCISCO DIVISION**

12 | **IN RE: BEXTRA AND CELEBREX**     **No. MDL 05-01699 CRB**
**MARKETING, SALES PRACTICES**
13 | **AND PRODUCT LIABILITY**
**LITIGATION**     **STIPULATION AND PROPOSED ORDER**
**OF DISMISSAL WITH PREJUDICE**
14 | _____/

15 | *This document relates to:*

16 | *Mary Kay Abbott, et al. v. Pfizer Inc., et al.*

17 | **No. 3:06-cv-06074-CRB**

18 |

19 | Come now the Plaintiff SYLVIA M. CERNA, and Defendants, by and through the

20 | undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby

21 | stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

22 | fees and costs.

23 |

24 | DATED: 11/21 , 2009     PHILLIPS & ASSOCIATES
By:
25 |     Lowell W. Finson, Esq.
Qwest Building, 26th Floor
26 |     20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
27 |

28 |     Attorney for Plaintiff

-1-

1   DATED: 1-13, 2009  2010

2

3   By: _____
        Stuart M. Gordon, Esq.

4       275 Battery Street, Suite 2000
        San Francisco, CA 94111

5       E-mail: sgordon@gordonress.com
        CA bar No.: 37477

6

7       Attorney for Defendants

GORDON & REES

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

9   **IT IS SO ORDERED.**

10

11  Dated FEB 2 6 2010

12

13      Hon. Charles R. Breyer
        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -