1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26ᵗʰ Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:    (602) 258-8900
   Fax:    (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Jessica M. Jenkins
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
|---|---|
| _____ / | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:* | |
| *Mary Kay Abbott, et al. v. Pfizer Inc., et al.* | |
| No. 3:06-cv-06074-CRB | |

19      Come now the Plaintiff JESSICA JENKINS, individually and as representative of

20  the estate of MARY ANN HUERTA-JENKINS, and Defendants, by and through the

21
22  undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby

23  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

24  fees and costs.

25  DATED: 10/21 , 2009          PHILLIPS & ASSOCIATES
                                 By: _____
26
                                     Lowell W. Finson, Esq.
27                                   Qwest Building, 26ᵗʰ Floor
                                     20 East Thomas, Road, Suite 2600
28                                   Phoenix, Arizona 85012

                              -1-

1

2  DATED: 23   2010
                 ,2009

3                          Attorney for Plaintiff
                           GORDON & REES

4  By: _____
       Stuart M. Gordon, Esq.

5      275 Battery Street, Suite 2000
       San Francisco, CA 94111

6      E-mail: sgordon@gordonress.com
       CA bar No.: 37477

7

8                          Attorney for Defendants

9  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

10

11 **IT IS SO ORDERED.**

12 Dated: FEB 2 6 2010

13

14                         Hon. Charles R. Breyer
                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-