1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:   (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Marion A. Kyle
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   IN RE: BEXTRA AND CELEBREX          No. MDL 05-01699 CRB
12 MARKETING, SALES PRACTICES
   AND PRODUCT LIABILITY
13 LITIGATION                          STIPULATION AND PROPOSED ORDER
                                       OF DISMISSAL WITH PREJUDICE
14 _____/

15 *This document relates to:*

16 *Mary Kay Abbott, et al. v. Pfizer Inc., et al.*

17 No. 3:06-cv-06074-CRB

18 _____

19     Come now the Plaintiff MARION A. KYLE, and Defendants, by and through the

20 undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby

21 stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
22
   fees and costs.
23
   DATED: 16 2 , 2009          PHILLIPS & ASSOCIATES
24                             By: _____
25                                 Lowell W. Finson, Esq.
                                   Qwest Building, 26th Floor
26                                 20 East Thomas, Road, Suite 2600
                                   Phoenix, Arizona 85012
27

28                             Attorney for Plaintiff

                                   -1-

1  DATED: **M13**, 2010

2  GORDON & REES

   By: _____
3      Stuart M. Gordon, Esq.
       275 Battery Street, Suite 2000
4      San Francisco, CA 94111
       E-mail: sgordon@gordonress.com
5      CA bar No.: 37477

6

7  Attorney for Defendants

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

9  **IT IS SO ORDERED.**

10  Dated **FEB 2 6 2010**

11

12  Hon. Charles R. Breyer

13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -