1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:   (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Richard D. Maine
7

8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION

12  | IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
    |---|---|
    | | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
    | *This document relates to:* | |
    | *Mary Kay Abbott, et al. v. Pfizer Inc., et al.* | |
    | No. 3:06-cv-06074-CRB | |

19      Come now the Plaintiff RICHARD D. MAINE and BETTY JOANN MAINE, and

20  Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

21  Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with

22  each side bearing its own attorneys' fees and costs.

24  DATED: 10/21, 2009           PHILLIPS & ASSOCIATES
                                 By: _____
25                                   Lowell W. Finson, Esq.
                                     Qwest Building, 26th Floor
26                                   20 East Thomas, Road, Suite 2600
27                                   Phoenix, Arizona 85012

28                               Attorney for Plaintiff

                                    -1-

1 | DATED: 2-27, 2010    GORDON & REES

2 | By: /s/ Stuart M. Gordon
3 | Stuart M. Gordon, Esq.
    275 Battery Street, Suite 2000
4 | San Francisco, CA 94111
    E-mail: sgordon@gordonress.com
5 | CA bar No.: 37477

6 | Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated FEB 26 2010

Hon. Charles R. Breyer
United States District Judge

- 2 -