1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:   (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Juan A. Mendez
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Mary Kay Abbott, et al. v. Pfizer Inc., et al.*<br><br>No. 3:06-cv-06074-CRB | |

Come now the Plaintiff JUAN A. MENDEZ AND ERNESTINE I. MENDEZ, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/31, 2009            PHILLIPS & ASSOCIATES
                              By: _____
                                  Lowell W. Finson, Esq.
                                  Qwest Building, 26th Floor
                                  20 East Thomas, Road, Suite 2600
                                  Phoenix, Arizona 85012

                              Attorney for Plaintiff

-1-

| | | |
|---|---|---|
| 1 | DATED: 2-23, 2010 | GORDON & REES |
| 2 | | By: /s/ Stuart M. Gordon |
| 3 | | Stuart M. Gordon, Esq. |
| 4 | | 275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| 5 | | E-mail: sgordon@gordonress.com<br>CA bar No.: 37477 |
| 6 | | Attorney for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: FEB 26 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -