1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Stephen R. Powers
7

8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION

12  | IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
    |---|---|
    |  | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

13
14
15  *This document relates to:*

16  *Mary Kay Abbott, et al. v. Pfizer Inc., et al.*

17  No. 3:06-cv-06074-CRB
18

19       Come now the Plaintiff STEPHEN R. POWERS and TERRI J. POWERS, and

20  Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

21  Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with

22  each side bearing its own attorneys' fees and costs.

23

24  DATED: 10/21, 2009        PHILLIPS & ASSOCIATES
                              By: _____
25                                  Lowell W. Finson, Esq.
                                    Qwest Building, 26th Floor
26                                  20 East Thomas, Road, Suite 2600
                                    Phoenix, Arizona 85012
27

28                            Attorney for Plaintiff

                                  -1-

```
 1  DATED: ᐯ·13, 2010           GORDON & REES
 2                              By: _____
 3                                  Stuart M. Gordon, Esq.
                                    275 Battery Street, Suite 2000
 4                                  San Francisco, CA 94111
                                    E-mail: sgordon@gordonress.com
 5                                  CA bar No.: 37477
 6
                                Attorney for Defendants
 7
 8      PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
 9      IT IS SO ORDERED.
10
        Dated FEB 2 6 2010
11
12                                  _____
                                    Hon. Charles R. Breyer
13                                  United States District Judge
14
15
...
28
                                    - 2 -
```