1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:   (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Elva Reyes
7

8
9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION

12  | IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
    |---|---|
    | | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
    | *This document relates to:* | |
    | *Mary Kay Abbott, et al. v. Pfizer Inc., et al.* | |
    | No. 3:06-cv-06074-CRB | |

19      Come now the Plaintiff, ELVA A..REYES, individually and as representative of the

20  estate of TOMAS REYES, and Defendants, by and through the undesigned attorneys, pursuant to

21  Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this

22  action with prejudice with each side bearing its own attorneys' fees and costs.

24  DATED: 10 21 , 2009           PHILLIPS & ASSOCIATES
                                   By: _____
25                                     Lowell W. Finson, Esq.
                                       Qwest Building, 26th Floor
26                                     20 East Thomas, Road, Suite 2600
                                       Phoenix, Arizona 85012
27
28                                 Attorney for Plaintiff

-1-

DATED: Jan 13, 2010

GORDON & REES

By: _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonress.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: FEB 26 2010

_____
Hon. Charles R. Breyer
United States District Judge