Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Maria D. Rocha

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>_____<br><br>*This document relates to:*<br><br>*Abbott, et al. v. Pfizer, Inc., et al.,*<br><br>No. 3:06-cv-06074-CRB | No. MDL 05-01699 CRB<br><br>Case No. 3:06-cv-06074-CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff Maria D. Rocha, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

| | | |
|---|---|---|
| 1 | DATED: 12/22, 2009 | PHILLIPS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Lowell W. Finson |
| 5 | | Qwest Building, 26th Floor<br>20 East Thomas, Road, Suite 2600 |
| 6 | | Phoenix, Arizona 85012 |
| 7 | | Attorney for Plaintiff |
| 8 | | |
| 9 | DATED: 1'23, 2010 | GORDON & REES |

By: _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonress.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -