1 Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2 PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3 20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4 Tel:   (602) 258-8900
   Fax:  (602) 288-1671
5 lowellf@phillipslaw.ws

6 Attorneys for Plaintiff
   Maria D. Rocha

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br>Case No. 3:06-cv-06074-CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|
| *This document relates to:*<br><br>*Abbott, et al. v. Pfizer, Inc., et al.,*<br><br>No. 3:06-cv-06074-CRB | |

Come now the Plaintiff Maria D. Rocha, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

DATED: 12/22, 2009          PHILLIPS & ASSOCIATES

By: _____
Lowell W. Finson
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012

Attorney for Plaintiff

DATED: 1/23, 2010           GORDON & REES

By: _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonress.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -