1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:  (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Robert L. Rutherford


1 | Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
2 | PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
3 | 20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
4 | Tel: (602) 258-8900
Fax: (602) 288-1671
5 | lowellf@phillipslaw.ws

6 | Attorneys for Plaintiff
Robert L. Rutherford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |
| *This document relates to:*<br><br>*Mary Kay Abbott, et al. v. Pfizer Inc., et al.*<br><br>**No. 3:06-cv-06074-CRB** | |

Come now the Plaintiff, ROBERT L. RUTHERFORD, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/21, 2009

PHILLIPS & ASSOCIATES
By: _____
　　Lowell W. Finson, Esq.
　　Qwest Building, 26th Floor
　　20 East Thomas, Road, Suite 2600
　　Phoenix, Arizona 85012

Attorney for Plaintiff

-1-

DATED: 2/23, ~~2009~~ 2010   GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonress.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 26 2010

/s/ Charles R. Breyer
Hon. Charles R. Breyer
United States District Judge

- 2 -