1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:  (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Eugene Sura
7

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10
## SAN FRANCISCO DIVISION
11

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|
| *This document relates to:*<br><br>*Mary Kay Abbott, et al. v. Pfizer Inc., et al.*<br><br>No. 3:06-cv-06074-CRB | |

Come now the Plaintiff, EUGENE SURA and DOLORES L. SURA, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 11/2 , 2009                    PHILLIPS & ASSOCIATES
                                      By: _____
                                      Lowell W. Finson, Esq.
                                      Qwest Building, 26th Floor
                                      20 East Thomas, Road, Suite 2600
                                      Phoenix, Arizona 85012

                                      Attorney for Plaintiff

-1-

| | | |
|---|---|---|
| 1 | DATED: 2/23, 2010 | GORDON & REES |
| 2 | | By: _____ |
| 3 | | Stuart M. Gordon, Esq. |
| 4 | | 275 Battery Street, Suite 2000 |
| 5 | | San Francisco, CA 94111 |
| | | E-mail: sgordon@gordonress.com |
| 6 | | CA bar No.: 37477 |
| 7 | | Attorney for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -