1  Lowell W. Finson
   **Phillips & Associates**
2  Qwest Building, 26th Floor
   20 East Thomas Road, Suite 2600
3  Phoenix, AZ 85012
   Telephone: 602-258-8900
4  Facsimile: 602-288-1632

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:06-cv-6074-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mary Kay Abbott, et al.,<br><br>                       Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                       Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, **Joyce Brody, Charles Frederick Parsons, and Michael A. Phares,** in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

//
//
//
//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

attorneys' fees and costs.

DATED: 3/16, 2010    By: _____
Lowell W. Finson
**Phillips & Associates**
Qwest Building, 26th Floor
20 East Thomas Road, Suite 2600
Phoenix, AZ 85012
Telephone: 602-258-8900
Facsimile: 602-288-1632

*Attorneys for Plaintiffs*

DATED: March 16, 2010    By: _____
Michelle W. Sadowsky
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**